**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| BYRON BEDELL, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.: 3:26-cv-02002-SAL-SVH |
| | § | |
| | § | |
| COLLECTION BUREAU OF THE HUDSON VALLEY, INC., | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF SETTLEMENT**

Defendant, on behalf of the parties, hereby respectfully gives the court notice that the matter sub judice has settled and the court may issue a Rubin order.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/Matthew D. Patterson*

Matthew D. Patterson
Federal Bar No. 7788
E-Mail: matt.patterson@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000

*Attorneys for Defendant*